A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Kenny Whitmore                      86468
_____        Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Robert Butler, Gail
Smothers, Brian
Meyers

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.  Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiff(s): ___N/A___

      Defendant(s): ___N/A___

   2. Court (if federal court, name the district; if state court, name the parish):
      ___N/A___

   3. Docket number: ___N/A___

   4. Name of judge to whom case was assigned: ___N/A___

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

6. Date of filing lawsuit: __N/A__
7. Date of disposition: __N/A__

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )   No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. __N/A__

II.   Place of present confinement: __La. State Penitentiary__

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. __LSP-2010-2525__

2. What steps did you take? __Filed a complaint and completed the entire grievance procedure.__

3. What was the result? __Granted in part and denied in part. (Floor plate was repaired, but compensation for injury was denied.)__

D. If your answer is No, explain why not: __N/A__

3

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) __Kenny Whitmore  #86468__
   Address __La. State Penitentiary Angola, LA 70712__

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Robert Butler__ is employed as __Assistant Warden__ at __La. State Prison Angola, La. 70712__

C. Additional Defendants: __Gail Smothers / Lieutenant / La. State Prison Angola, La. 70712 — Brian Meyers / Lieutenant / La. State Prison Angola, La. 70712__

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

__Please See Attached Complaint.__

4

_____
_____
_____

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.   See attached Complaint
_____
_____
_____

VI.  Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 27th day of AUGUST, 2012.

Kennth Whitman 86468
Signature of plaintiff(s)

9-12-12

To: Clerk of Court.
Middle District of Louisiana
777 Florida St. Ste-139
Baton Rouge, LA 70801

RECEIVED
SEP 12 2012
Legal Programs Department

FM: Kenny Whitmore
86468 D-Hawk/CCR.4L
LA. State Prison
Angola, LA 70712

SCANNED at LSP and Emailed
9-12-12 by SG . 24 pages
date    initials  No.

Dear Clerk of Court:

I am mailing you a copy of my 1983 civil rights action. Will you please file it with the court and notify me when you receive and docket it with the court.

Thank you
Kenny Whitmore #86468