UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENNY WHITMORE (#86468)

VERSUS                                              CIVIL ACTION

ROBERT BUTLER, ET AL                                NUMBER 12-563-BAJ-SCR

**RULING ON MOTION OF INQUIRY**

Before the court is the plaintiff's Motion of Inquiry About the Plaintiff's Pending Lawsuit. Record document number 8.

Plaintiff filed a motion seeking an order compelling the Clerk of Court to provide him with information regarding the status of his pending civil rights case.

Insofar as the plaintiff sought information regarding the status of his pending civil rights suit, the motion is granted. A review of the record showed that a Magistrate Judge's Report was issued December 11, 2012, recommending that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).[1] In all other respects, the plaintiff's motion is denied.

Baton Rouge, Louisiana, December 12, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 10.