UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNY WHITMORE | CIVIL ACTION |
| VERSUS | |
| ROBERT BUTLER, ET AL | NUMBER 12-563-BAJ-SCR |

**RULING and ORDER OF DISMISSAL**

The Court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 11, 2012 (doc. 10), and plaintiff's objection filed December 26, 2012 (doc. 13).

The Court hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's claims are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, January 31, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA